# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.

KURT ANTHONY SMITH,

      Plaintiff,

v.

ARAMARK CORPORATION; ARAMARK SERVICES, INC.; ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC; ARAMARK SPORTS AND ENTERTAINMENT GROUP, LLC; MESA VERDE COMPANY; ARAMARK MESA VERDE and ROBERT WAYNE LEE

      Defendants.

---

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332 (DIVERSITY JURISDICTION)

---

TO THE CLERK OF THE UNITED STATES DISTRICT COURT OF COLORADO, AND TO PLAINTIFF:

      PLEASE TAKE NOTICE that Defendants Aramark Sports and Entertainment, LLC and Aramark Services, Inc. (fka Aramark Corporation) (erroneously sued as Aramark Sports and Entertainment Group, LLC; and Aramark Sports and Entertainment Services, LLC (collectively, "Aramark"[1]) hereby moves the above-entitled action from the Colorado State District Court in Montezuma County, Case No. 2018CV30064, to the United States District Court, of Colorado pursuant to 28 U.S.C. §§ 1332 (Diversity Jurisdiction).

---

[1] Plaintiff has also named "Aramark Mesa Verde" as a defendant in this matter.  Aramark submits that there is no such entity associated with Aramark.

1.     The above action was filed in the District Court, County of Montezuma, and is now pending in that Court. Process, including a Summons and Complaint, was served on Aramark Sports and Entertainment, LLC, LLC by the Montezuma County District Court on July 23, 2018.

2.     The action is a civil action alleging that Plaintiff was injured in a collision between a vehicle driven by Defendant Robert Wayne Lee and Plaintiff and his bicycle, on August 25, 2015. Plaintiff alleges that Robert Wayne Lee, and by extension, Aramark (Mr. Lee's employer and owner of the vehicle he was driving), are responsible for Plaintiff's injuries.

3.     Upon information and belief, Plaintiff is a citizen and resident of Colorado.

4.     Aramark Sports and Entertainment, LLC is a Delaware limited liability company with its principal place of business in Pennsylvania.

5.     Aramark Services, Inc. (fka Aramark Corporation) is a Delaware corporation with its principal place of business in Pennsylvania.

6.     While the Complaint alleges that Robert Wayne Lee resides in Colorado, it is Aramark's belief and understanding that Mr. Lee resides in Mississippi.

7.     Upon information and belief, Plaintiff will be seeking damages in excess of $75,000, exclusive of interest and costs, based upon the District Court Civil (CV) Case Cover Sheet.

8.     Consequently, proper diversity of citizenship exists between the parties as required under 28 U.S.C. § 1332, and the amount in controversy in this case if believed to exceed the jurisdictional limit of $75,000.00, exclusive of interest and costs.

9.     The requisite elements of jurisdiction have been satisfied and diversity of the parties exists which entitles the Defendants to remove this action to the United States District Court in Colorado pursuant to 28 U.S.C. §§ 1332 and 1446.

10.     The documents regarding the state court matter are filed concurrently with this Notice.

11.     A notice of removal must be filed within 30 days after receipt by the defendant of the initial pleading setting forth the claim for relief upon which the action is based. (28 U.S.C. §1446(b).) The thirty (30) day period for removal does not begin to run until the defendant has received a copy of the complaint and has been properly served. (*Murphy Brothers, Inc. and Michetti Pipe Stringing, Inc.* (1999) 526 U.S. 344, 347-348.) Upon information and belief, Defendant Aramark Services, LLC was served with the Summons and Complaint on or about July 19, 2017. Therefore, this Notice of Removal is timely filed under 28 U.S.C. §1446(b) because it is filed within one year of commencement of the action and within thirty days of the date defendant Aramark Sports and Entertainment, LLC was served with the Complaint. Upon information and belief, Robert Wayne Lee has not yet been served.

12.     Pursuant to 28 U.S.C. § 1441(a), removal to the United States District Court for the District of Colorado is proper as this is the federal district court for the district and division embracing the place where the state court suit is pending.

13.     Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be provided to Plaintiff, and a copy of this Notice will be filed in the appropriate state court.

WHEREFORE, Defendants Aramark Sports and Entertainment, LLC and Aramark Services, Inc. (fka Aramark Corporation) pray that this action be removed to the United States District Court in Colorado, from the District Court, Montezuma County, State of Colorado.

RESPECTFULLY submitted on this 14th day of August, 2018.

WOOD SMITH HENNING & BERMAN LLP

/s/ Ryan M. Hicks
Ryan M. Hicks, #48477
1805 Shea Center Drive, Ste. 200
Highlands Ranch, CO 80129-2254
(720) 479-2500 / fax: (303) 471-1855
rhicks@wshblaw.com

Address of Defendants:

Aramark Sports and Entertainment, LLC
Aramark Service, Inc. (fka Aramark Corporation)
1101 Market St 29th Floor,
Philadelphia, PA 19107

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2018, a true and correct copy of the foregoing **Notice of Removal of Action Under 28 U.S.C. 1332 (Diversity Jurisdiction** was e-filed via the CM/ECF system and/or was placed in the United States mail, postage pre-paid, to the following:

Kirk B. Carroll
PO Box 2574
Durango, CO 81302
970.259.1915 / fax: 970.259.1121
kirk@kirkcarroll.com
*Counsel for Plaintiff Kirk B. Carroll)*

/s/ Lynn Hayward