## Register of Actions

| | | |
|---|---|---|
| Filed by Plaintiff/Petitioner | **Case Number:** 2018CV030064 | **Division:** 4 |
| Filed by Defendant/Respondent | **Case Type:** Personal Injury Motor Vehicle | **Judicial Officer:** Todd Jay Plewe |
| Filed by Court | **Case Caption:** Smith, Kurt v. Aramark Corporation et al | **Court Location:** Montezuma County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 81A4AA3D724F1 | 07/27/2018 4:51 PM | Kirk B Carroll | Kirk Carroll | Kurt Smith | Return of Service | Return of Service and Summons Aramark Services, Inc. | Public |
| | | | | | Return of Service | Return of Service and Summons Aramark Sports and Entertainment Services, LLC | Public |
| | | | | | Return of Service | Return of Service and Summons Aramark Sports and Entertainment Group, LLC | Public |
| 246684F6DCFE3 | 07/23/2018 11:24 AM | Kirk B Carroll | Kirk Carroll | Kurt Smith | Complaint w/Jury Demand | Complaint w/Jury Demand | Public |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Aramark Corporation | Defendant | Active | N/A |
| Aramark Mesa Verde | Defendant | Active | N/A |
| Aramark Services Inc | Defendant | Active | N/A |
| Aramark Sports And Entertainment Group | Defendant | Active | N/A |
| Aramark Sports And Entertainment Service | Defendant | Active | N/A |
| Kurt Smith | Plaintiff | Active | Kirk B Carroll (Kirk Carroll) |
| Mesa Verde Company | Defendant | Active | N/A |
| Robert Wayne Lee | Defendant | Active | N/A |